3

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
600 E. HARRISON STREET, #204
BROWNSVILLE, TEXAS 78520

United States District Court
Southern District of Texas
ENTERED

MAR 0 7 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

PHONE (956) 548-2570

CHAMBERS OF
JOHN WM. BLACK
MAGISTRATE JUDGE

March 6, 2000

Mr. Reynaldo Garza, III
GARZA & SALINAS, LLP
680 E. St. Charles, Ste. 110
Brownsville, TX 78520

Mr. Raymond A. Cowley
Ms. Teri L. Danish
RODRIGUEZ, COLVIN & CHANEY, LLP
4900 A-2 North Tenth Street
McAllen, TX 78505-11416

         Re:   Order setting hearing
                C.A. No. B-00-036
                Betty Butron Smith vs.
                Charles Liberis, Et Al

Counselors:

    Please take notice that this case has been assigned by U. S. District Judge Filemon B. Vela to the undersigned U.S. Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and General Order No. 80-5 of the United States District Court for the Southern District of Texas.

    Counsel's attention is directed to the provision of 28 U.S.C. §636(c)(1) which provide that the undersigned may, with consent of all parties, conduct all further proceedings including trial and judgment. A form on which counsel can indicate consent is enclosed.

    If **ALL** parties consent please sign the consent form and return it to the clerk's office. DO NOT RETURN THIS FORM UNLESS IT HAS BEEN SIGNED BY ALL PARTIES.

YOU ARE FREE TO WITHHOLD CONSENT WITHOUT ADVERSE SUBSTANTIVE CONSEQUENCES.

An initial pretrial conference is set for **April 7, 2000 at 1:30 P.M.** before the Honorable John Wm. Black in Brownsville, Texas ( conference may be held telephonically if requested and all parties are in agreement and Court is notified in advance) at which time dates will be set for:

1. Discovery deadline;

2. Conduct of the case including additional pretrial conferences, and hearings on motions;

3. Filing a Joint Pretrial Order which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas;

4. A final pretrial and settlement conference; and

5. A trial on the merits.

THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADINGS. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED WILL RESULT IN DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION.

WHEN PREPARING AND FILING MOTIONS, Counsel shall comply fully with Rule 6 of the Local Rules of the United States District Court for the Southern District of Texas. In particular, the District Clerk has been advised that no opposed motion will be filed unless it:

> "contain[s] an averment that [t]he movant has conferred with the respondent and that counsel cannot agree about the disposition of the motion." Rule 6(A)(4)(b).

Very truly yours,

John Wm. Black
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BETTY BUTRON SMITH | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-036 |
| | § | |
| CHARLES LIBERIS, INDIVIDUALLY, | § | |
| AND SUREBET CASINOS, INC. | | |

## CONSENT TO EXERCISE OF JURISDICTION BY A
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Any appeal shall be taken to the United States Court of Appeals for the Fifth Circuit, in accordance with 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73(c).

## ORDER OF REFERENCE

It is HEREBY ORDERED that this case be referred to United States Magistrate Judge John Wm. Black, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

_____
Date

_____
Filemon B. Vela
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

ClibPDF - www.fastio.com