Cause No: CA B-00-036

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS,

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| BERTA BUTRON SMITH | § |
| | § |
| VS. | § |
| | § |
| CHARLES LIBERIS, | § |
| SUREBET CASINO, INC, AND | § |
| CASINO PADRE INVESTMENT | § |
| COMPANY, L.L.C. | § |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

CAME ON TO BE HEARD, The parties', Stipulation of Dismissal Without Prejudice in Accordance with Rule 41 of the Federal Rules of Procedure. Having found that the afore mentioned Stipulation adequately conforms to the Federal Rules of Procedure and that it is the intent of the parties to dismiss this Cause without prejudice to the right of the Petitioner to re-file, this Court hereby GRANTS the dismissal of this cause without prejudice.

Signed for entry on this 24th day of April, 2000.

_____
Judge Presiding

CC:
Reynaldo G. Garza III (Trey)          Teri L. Danish
Fed. I.D.: 23747                       Raymond Cowley
GARZA & SALINAS, L.L.P.                RODRIGUEZ, COLVIN & CHANEY, L.L.P.
680 E. St. Charles, Suite 110          4900 N. 10th Street
Brownsville, Texas 78520               Brownsville, Texas 78520

COMPROMISE, SETTLEMENT, RELEASE, INDEMNITY AND CONFIDENTIALITY AGREEMENT          PAGE 2